**Order entered April 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01537-CV

**JERRY, MARSHA AND JASON CHAMBERS, Appellants**

**V.**

**TEXAS DEPARTMENT OF TRANSPORTATION, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 88069-422**

## ORDER

We **GRANT** appellee's April 28, 2014 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than May 28, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE